IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ZAFAR SAIDOV**,<br><br>      *Petitioner*,<br><br>v.<br><br>**DAVID O'NEILL, et al.**,<br><br>      *Respondents.* | **Case No. 2:25-cv-07360-JDW** |

### ORDER

**AND NOW**, this 31st day of December, 2025, upon consideration of Mr. Saidov's Petition For Writ Of Habeas Corpus (ECF No. 1) and the Government's Opposition Letter (ECF No. 4), and for substantially the same reasons stated in *Kashranov v. J.L. Jamison*, Case No. 2:25-cv-05555-JDW, 2025 WL 3188399 (E.D. Pa. Nov. 14, 2025), it is **ORDERED** that the Petition is **GRANTED** as follows:

    1.    Mr. Saidov is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and is instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a);

    2.    The Government shall **RELEASE** Mr. Saidov from custody immediately and **CERTIFY** compliance with my Order by filing on the docket no later than 12:00 p.m. ET on January 1, 2026;

3.     The Government is temporarily enjoined from re-detaining Mr. Saidov for seven days following his release from custody; and

4.     If the Government chooses to pursue re-detention of Mr. Saidov after that seven-day period, it must first provide him with a bond hearing, at which a neutral immigration judge shall determine whether detention is warranted pending the resolution of his removal proceedings.

The Clerk Of Court shall mark this case closed.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.